■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RANDOLPH HARRIS, Appellant. (Appeal No. 1.) [45 NYS3d 847]—

Appeal from a judgment of the Supreme Court, Erie County (Deborah A. Haendiges, J.), entered July 2, 2014. The judgment convicted defendant, upon his plea of guilty, of falsely reporting an incident in the third degree.

It is hereby ordered that said appeal is unanimously dismissed.

Same memorandum as in *People v Harris* ([appeal No. 4] 147 AD3d 1375 [2017]). Present—Peradotto, J.P., Carni, DeJoseph, NeMoyer and Curran, JJ.